UNITED STATES OF AMERICA

        v.                               Case No. 8:14-cr-417 T-24 TBM

WILLIAM A. JACKSON
_____/

## <u>ORDER</u>

This cause comes before the Court on Defendant William A. Jackson's request for a copy of his polygraph test. Defendant asserts that he is in need of this polygraph for use in a case against him currently pending in county court in Syracuse, New York. The Court would consider releasing a copy of the polygraph test only upon request of the judge in Defendant's case in Syracuse, New York. Otherwise, Defendant's motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of September, 2017.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Petitioner

1